**UNITED STATES DISTRICT COURT**        **Courtroom 940**
**EASTERN DISTRICT OF NEW YORK**      DATE: 8/5/2022        TIME:3:30pm
BEFORE: GARY R. BROWN, U.S. DISTRICT JUDGE

CASE: Civil Cause for Telephone Pre-Motion Conference
22-cv-02436-GRB

APPEARANCES:      Plaintiff:  Alec Mitchell Leslie, Yitzchak Kopel

                      Defendant:  Ashley Jean Hale, Lincoln Owens Bisbee, Dana Amber Brady

FTR:  3:31-4:03

**Motion for:**                         FILED
**Movant:**                             CLERK

Case called.                             8/5/2022 4:39 pm

☒      Counsel for all sides present.        **U.S. DISTRICT COURT**
                                   **EASTERN DISTRICT OF NEW YORK**

☒      Pre-motion conference held.          **LONG ISLAND OFFICE**

☐      Discovery to proceed while motion is pending. Parties to contact Magistrate
         Judge assigned to the case to schedule an Initial Conference.

☐      Motion argued.

☐      The Court deems the motion made.

☒      Other: For the reasons set forth on the record, defendants' motion to dismiss is

denied in part. The parties are to brief the remaining limited issue wherein defendant will

serve its motion on plaintiff by September 16, 2022. Plaintiff will serve his response on

defendant by October 17, 2022. Defendant will serve their reply, if necessary, and file the

complete brief 14 days thereafter.

☐      The parties are to submit order on notice to all parties.

☐      Settlement discussed. Choose an item.

☐      Jury Selection and trial set for:
             Joint pretrial order due by:

** To obtain a copy of the transcript counsel should contact the ESR department in
Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be
found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.**