

**888 SEVENTH AVENUE**
**NEW YORK, NY 10019**
**www.bursor.com**

**YITZCHAK KOPEL**
Tel: **646.837.7510**
Fax: **212.989.9163**
ykopel@bursor.com

October 24, 2022

*Via ECF*

The Honorable Gary R. Brown, U.S.D.J.
Eastern District of New York
100 Federal Plaza, Courtroom 940
Central Islip, NY 11722-9014

    Re:    <u>Rodriguez v. Williams-Sonoma, Inc.</u>, Case No. 2:22-cv-02436-GRB-JMW

Dear Judge Brown:

    I represent Plaintiff in the above-captioned action.  I write pursuant to Rule I of Your Honor's Individual Practice Rules to request a seven (7) day extension of Plaintiff's deadline to serve his opposition to Defendant's motion to dismiss.  Counsel for Defendant consents to this request.  In accordance with Your Honor's Rules, the parties jointly propose the below deadlines:

    Deadline to Serve Plaintiff's Opposition to Motion to Dismiss:  **November 7, 2022**

    Deadline to Serve Defendant's Reply in Support of Motion to Dismiss:  **November 21, 2022**

Thank you for your consideration to this matter.

                                        Respectfully,

                                        */s/ Y. Kopel*

CC:  All counsel of record via ECF                   Yitzchak Kopel